

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00794-CV

**IN RE** Kay Lynn **MAYNARD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  November 26, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On November 14, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012PC2786, styled *In the Matter of the Estate of William T. Booth, Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.